*[Electronically Filed]*

ROGER PATEL, DEVIBEN PATEL,
GREG PATEL, as Power of Attorney for DEVIBEN PATEL,
RITA L. PATEL, and USHA PATEL,                                    PETITONERS,

VS.

CHANDRESH PATEL, et al.,                                          RESPONDENTS.

## RESPONSE OF DANIEL N. THOMAS AND MARY E. JOCELYN TO SHOW CAUSE ORDER

COMES NOW the undersigned, Daniel N. Thomas and Mary E. Jocelyn, and in compliance with the Court's May 28, 2026, Show Cause Order, herein file their Response, and the sworn Declarations of both Daniel N. Thomas and Mary E. Jocelyn.

Each of the signatories believes their attached Declaration provides the explanation required by the Court of a "thorough explanation" of how the referenced portions of Petitioner's Response (Memorandum of Law Opposing the Motions to Dismiss) came to provide erroneously identified cases, citations and quotations. The Declarations confirm what role each of them individually played in drafting and review of the Memorandum of Law Opposing the Motions to Dismiss [D.N. 61] prior to it being eFiled.

As reflected in both Declarations, counsel for the Petitioners sincerely apologizes to the Court and opposing counsel and will ensure the subject errors are not repeated.

This 8th day of June 2026.

| | |
|---|---|
| /s/ Daniel N. Thomas | /s/ Mary E. Jocelyn |
| Daniel N. Thomas | Mary Jocelyn |
| THOMAS, ARVIN & ADAMS, PLLC | THOMAS, ARVIN & ADAMS, PLLC |
| 1209 S. Virginia Street | 1209 S. Virginia St. |
| P.O. Box 675 | P.O. Box 675 |

1

Hopkinsville, Kentucky 42241-0675
270-886-6363 (Telephone)
*Counsel for Petitioners*

Hopkinsville, Kentucky 42241-0675
(270) 886-6363 (Telephone)
*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Response of Daniel N. Thomas and Mary E. Jocelyn to Show Cause Order has been filed with the clerk of the Court this 8th day of June 2026, using the CM/ECF system, which will send an electronic notice to the following:

John David Meyer (KBA 87353)
Meyer & Meyer, LLP
608 Frederica Street/Suite 301
Owensboro, KY 42301
*Counsel for Chandresh Patel*
*and Maheshbhai Patel*

*Mr. Thomas N. Kerrick*
*KERRICK BACHERT PSC*
*1411 Scottsville Road*
*P.O. Box 9547*
*Bowling Green, Kentucky 42101*
*Counsel for Respondents, Mangubhai Patel,*
*Bhulabhai Patel, Narendra Patel, and*
*Amrut Patel*

s/ Daniel N. Thomas
Daniel N. Thomas
THOMAS, ARVIN & ADAMS, PLLC