UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:24-CV-53-GNS

*[Electronically Filed]*

ROGER PATEL, DEVIBEN PATEL,
GREG PATEL, as Power of Attorney for DEVIBEN PATEL,
RITA L. PATEL, and USHA PATEL,                                    PETITIONERS,

VS.

CHANDRESH PATEL, et. al.                                    RESPONDENTS.

## DECLARATION OF DANIEL N. THOMAS

I, Daniel N. Thomas, declare as follows:

1)      I am the lead attorney on behalf of the Petitioners in this proceeding. I file this Declaration of my personal knowledge in conformity with the Court's May 28, 2026, Order.

2)      As lead counsel in this proceeding and many others, I have worked "hand in glove" with our Associate, Mary E. Jocelyn. I have no doubt as to her competence, professional thoroughness and ethics. Her background includes her rank as Captain in the U.S. Army and then in law school, she was a contributing staff member for the Kentucky Journal of Equine, Agricultural and Natural Resource Law. Consequently, I was very shocked to read the contents of the Court's May 28, 2026, Order.

3)      Procedurally and substantially, Ms. Jocelyn has been involved in this proceeding prior to graduation from the University of Kentucky College of Law in May 2024, and to date, with the exception of the period of time she was on maternity leave in June-August 2025.

4)      After discussions, Ms. Jocelyn undertook the initial draft of the Memorandum of Law Opposing the Motions to Dismiss [D.N 61] and referred to as the "Petitioner's Response to Respondents' Motion to Dismiss" within the Court's Show Cause Order. I continued to rely on Ms.

1

Jocelyn regarding both the status of law and its interpretations supporting the Petitioners' claims plead and the underlying facts. The draft went through a few edits, including my own hand-written revisions, until what I understood was the final draft to be eFiled by Ms. Jocelyn.

5) I personally reviewed and edited what I understood at that time to be the final draft of the Memorandum of Law Opposing the Motions to Dismiss [D.N. 61]. I approved what I then believed was the final draft. Consequently, I did not crosscheck Ms. Jocelyn's citations, and at that time, and had no reason to question her work in any manner after my limited edits and suggestions. It was my understanding that I was reviewing the final draft to be eFiled with the Clerk. I had no further review.

6) I now understand that after my last review, Ms. Jocelyn then undertook one last minute review and edit to the final draft. I did not learn until after the entry of the Court's Order, that she had undertaken one final edit prior to eFiling, which she describes in her separate Declaration. Her Declaration is consistent with my understanding of the changes made by Ms. Jocelyn to the Memorandum of Law [D.N. 61] after my final review.

7) As an aside, I am "old school" and do not personally make use of AI for any legal research or writing. I rely instead on Lexis hardbound treatises and other legal books and printed sources.

8) I, too, understand the consequences of the errors, for which I should have insisted on reviewing the draft after her final revisions and prior to eFiling and taken responsibility.

9) This matter has been a wake-up call for Ms. Jocelyn and for me. I do not believe she had any "intent" to mislead the Court, and her character, life experience and work experience and in law school as a contributing staff member of the Kentucky Journal of Equine, Agricultural and Natural Resource Law, is to the contrary.

I sincerely apologize to the Court.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of June 2026, at Hopkinsville, Kentucky.

Daniel N. Thomas, KBA No. 70475
THOMAS, ARVIN & ADAMS, PLLC

3